UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CR-00020-X |
| | § | |
| DION REID, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is defendant Dion Reid's motion to dismiss the indictment against him on the grounds that it fails to state an offense that may be constitutionally prosecuted. [Doc. No. 20]. As Reid concedes, this argument is foreclosed by Fifth Circuit precedent. Accordingly, the Court **DENIES** the motion.

**IT IS SO ORDERED** this 11th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1